**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES H. STEVENSON and MYRTLE STEVENSON, § § § *Plaintiffs,* § § V. § CASE NO. 4:13cv712 § Judge Clark/Judge Mazzant NATIONSTAR MORTGAGE, LLC and § BUCKLEY MODALE, § § *Defendants.* § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 17, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this case be dismissed for lack of subject matter jurisdiction [Doc. #9].

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that this case is dismissed for lack of subject matter jurisdiction.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **20** day of **May, 2014.**

_____
Ron Clark, United States District Judge